# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MICHAEL ANDERSON, ESTATE OF MARY ANN BRASHEARS, <br><br> *Plaintiff*, <br><br> v. <br><br> SHELBY RESOURCES MANAGEMENT CORP., ET AL <br><br> *Defendants*. | § § § § § § § § § § § § § Case No. 2:18-CV-00347-JRG-RSP |

## JUDGMENT

Before the Court is the Report & Recommendation [Dkt. No. 19] filed on January 16, 2019 by Magistrate Judge Payne, which recommends that Defendants' Motion to Dismiss [Dkt. No. 12] for lack of subject matter jurisdiction be granted. No party has objected to the Report & Recommendation.

Having reviewed the record *de novo* the Court concludes that the Report & Recommendation [Dkt. No. 19] is correct and is hereby adopted. Accordingly, Defendants' Motion to Dismiss [Dkt. No. 12] is **GRANTED** and this action is **DISMISSED** for lack of subject matter jurisdiction. All remaining motions are hereby **DENIED**.

**So ORDERED and SIGNED this 12th day of February, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE